1102

No. 80–628. COWLES COMMUNICATIONS, INC. v. ALIOTO. C. A. 9th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition. ■■

No. 80–521. LOUDOUN TIMES-MIRROR ET AL. v. ARCTIC CO., LTD., T/A IROQUOIS RESEARCH INSTITUTE. C. A. 4th Cir. Motion of Reporters' Committee for Freedom of the Press et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 80–788. ADAMS EXTRACT CO. ET AL. v. FRANEY ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE STEWART took no part in the consideration or decision of this petition. ■■

No. 80–620. AYOOB ET AL. v. MORRISON ET AL. C. A. 3d Cir. Motions of Pennsylvania Bar Association, Pennsylvania Conference of Trial Judges, and Alexander F. Barbieri for leave to file briefs as *amici curiae* granted. Certiorari denied. JUSTICE BLACKMUN would grant certiorari.

No. 80–791. BLITSTEIN v. UNITED STATES. C. A. 10th Cir. Motion of National Association of Criminal Defense Lawyers, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 80–5098. GREEN v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari. ■■

No. 80–5307. LIVINGSTON v. OKLAHOMA ET AL. Ct. Crim. App. Okla. Certiorari denied. JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE BLACKMUN would grant certiorari.